No. 10-9547. Shelia Denise Smith, Petitioner v. Fairview Ridges Hospital.

563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3949.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 1076.

No. 10-9549. Robert Smith, Jr., Petitioner v. Washington State Reformatory Correctional Complex, et al.

563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3908.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9556. Robin A. Drew, Petitioner v. Manpower of Southern Nevada, et al.

563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3994.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

No. 10-9558. Calvin Williams, Petitioner v. Burl Cain, Warden.

563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3882.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-9567. Juan Bradley, Petitioner v. Oscar Harriet, et al.

563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3916.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-9572. Mark Heinonen, Petitioner v. Arthur Scott.

563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3885,

May 23, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 124 Conn. App. 905, 4 A.3d 355.

No. 10-9576. Mustafa Askia Raheem, Petitioner v. Hilton Hall, Warden.

563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3926.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

No. 10-9578. Steven D. Simon, Petitioner v. Georgia, et al.

563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1250, 2011 U.S. LEXIS 3851,

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.